Joseph M. Aldridge
ISB #9194; jma@sgaidaho.com
Keegan C. Hahn
ISB #11298; kch@sgaidaho.com
SCANLAN GRIFFITHS + ALDRIDGE
913 W. River St. Ste. 310
Boise, Idaho 83702
Telephone (208) 991-1200
Fax (208) 908-0043

*Attorneys for Defendant Zimeno, Inc. d/b/a/ Monarch Tractor*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BURKS TRACTOR COMPANY INC., an Idaho Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ZIMENO, INC. d/b/a MONARCH TRACTOR, a Delaware corporation<br><br>Defendant. | Case No. 1:25-cv-00585-DKG<br><br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

Please take notice that the law firms Scanlan Griffiths + Aldridge, and Nilan Johnson Lewis

PA (collectively, "Defense Counsel"), counsel for Defendant Zimeno, Inc. dba Monarch Tractor

located at 151 Lawrence Dr., Livermore, CA 94551 with a phone number of 833-247-4797, will

move the Court, pursuant to Local Rule 83.6(c), for an order granting permission for Defense

Counsel to withdraw from representation in this case.

Idaho Rules of Professional Conduct 1.16(b)(5) and (6) confirm that counsel has good

cause to terminate and withdraw from the representation of Defendant. RPC 1.16(b)(5) states that:

"a lawyer . . . shall withdraw from the representation of a client if . . . [t]he client fails substantially

to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT - 1**

warning that the lawyer will withdraw unless the obligation is fulfilled." RPC 1.16(b)(6) states that: "a lawyer . . . shall withdraw from the representation of a client if . . . [t]he representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client . . . [.]" Each of these reasons for a finding of good cause exists here.

Good cause exists for Defense Counsel to withdraw because Defendant has failed to substantially fulfill their obligations to the lawyers, representation has been rendered unreasonably difficult by the client, and because the representation will result in an unreasonable financial burden on counsel. As further set forth in the supporting declaration, Defendant has confirmed to counsel of record that Defendant will no longer be providing direction to counsel, nor paying fees, with respect to this matter rendering continued representation by Defense Counsel impossible.

This motion is based upon all records, proceedings and files herein, and upon the supporting declaration.

Respectfully submitted this 27th day of January 2026.


Dated:  January 27, 2026.                      SCANLAN GRIFFITHS + ALDRIDGE


By____/s/  Joseph M. Aldridge_____
Joseph M. Aldridge – Of the Firm
*Attorneys for Defendant Zimeno, Inc. d/b/a Monarch Tractor*

Dated:  January 27, 2026.                      NILAN JOHNSON LEWIS, P.A.


By____/s/  David Warden_____
David Warden – Pro Hac
*Attorneys for Defendant Zimeno, Inc. d/b/a Monarch Tractor*


**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT - 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 27, 2026, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Nicole C. Hancock
Kali A. Park
STOEL RIVES, LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
*Attorneys for Plaintiffs*

☐ U.S. Mail, Postage Prepaid
☐ Facsimile
☒ iCourt/Email
nicole.hancock@stoel.com
kali.park@stoel.com

/s/ Joseph M. Aldridge
Joseph M. Aldridge

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT - 3**