NICOLE C. HANCOCK, Bar No. 6899
nicole.hancock@stoel.com
KALI A. PARK, Bar No. 12690
kali.park@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiff Burks Tractor Company Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BURKS TRACTOR COMPANY INC., an Idaho corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIMENO INC. d/b/a MONARCH TRACTOR, a Delaware corporation,<br><br>    Defendant. | Case No. 1:25-cv-00585-AKB<br><br>**DECLARATION OF NICOLE C. HANCOCK IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |

Nicole C. Hancock declares as follows:

1.    I am counsel of record for Plaintiff Burks Tractor Company Inc. ("Burks Tractor"). I have personal knowledge of the facts contained herein. I make this declaration in support of Burks Tractor's Motion for Entry of Default against Defendant Zimeno Inc. d/b/a Monarch Tractor ("Monarch").

2.    Twenty-one days have passed since the Court entered its Order granting Monarch's prior counsel's Motion to Withdraw as Counsel for Defendant and from the date that such Order was served on Monarch. [Dkts. 17 and 18]. To date, substitute counsel for Monarch has not appeared in this case and I am not aware of any other attempt by Monarch to appear in this case.

DECLARATION OF NICOLE C. HANCOCK IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT - 1
152563243.1 0083493-00002

I certify under penalty of perjury pursuant to the laws of the State of Idaho that the foregoing is true and correct.

DATED: May 1, 2026

/s/Nicole C. Hancock
Nicole C. Hancock

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2026, I served a true and correct copy of the within and foregoing document upon the following named parties by CM/ECF System, and addressed to the following:

| | |
|---|---|
| Zimeno, Inc. dba Monarch Tractor<br>Attention: Daniel Ogburn<br>151 Lawrence Dr.<br>Livermore, CA 94551 | [x] Via U.S. Mail<br>[ ] Via Facsimile<br>[ ] Via Overnight Mail<br>[ ] Via Hand Delivery<br>[x] Via Email<br> *dogburn@monarchtractor.com* |

/s/ *Nicole C. Hancock*
NICOLE C. HANCOCK

DECLARATION OF NICOLE C. HANCOCK IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT - 2
152563243.1 0083493-00002